1  STEPHEN THOMAS DAVENPORT, JR.  #88208
   JEFFREY G. McCLURE  #152974
2  DAVENPORT GERSTNER & McCLURE
3  1990 N. California Blvd., Suite 650
   Walnut Creek, California  94596
4  Telephone:  (925) 279-3430  Fax:  (925) 932-1961

5  Attorneys for Defendants, The Posh Bakery, Inc., Jeffrey Ottoveggio, and Cheryl Lee

6

7

8                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11  JORGE ALBERTO CAMPOS, ENEYDA          No.  CV 10-02873 PVT
    MENDOZA, ELISABETH VASQUEZ,
12  FRANCISCO HERNANDEZ, and
    RICARDO LOPEZ,
13
14        Plaintiffs,

15           vs.                           STIPULATION TO CONTINUE
                                           INITIAL DISCLOSURES AND
16  POSH BAKERY HOLDING COMPANY,           INITIAL CASE MANAGEMENT
    INC. dba POSH BAKERY, INC.,            CONFERENCE
17  JEFFREY OTTOVEGGIO, CHERYL
    LEE, and DOES 1 through 10,            ORDER THEREON (xxxxxxxxxxxxx
18
19        Defendants.

20

21        Plaintiffs Jorge Alberto Campos, Eneyda Mendoza, Elisabeth Vasquez, Francisco

22  Hernandez, and Ricardo Lopez, and Defendants The Posh Bakery, Inc., sued incorrectly herein as

23  "Posh Bakery Holding Company, Inc.", Jeffrey Ottoveggio, and Cheryl Lee, by and through their

24  respective attorneys of record, hereby submit the following Stipulation requesting that the dates for

25  Initial Disclosures and the Initial Case Management Conference be continued, as follows:

26        1.     Initial disclosures in this action are due September 14, 2010 and the Initial Case

27  Management Conference is scheduled for September 21, 2010 at 2:00 p.m. in Courtroom No. 5.

28        2.     This is a wage and hour action on behalf of Plaintiffs alleging a failure to properly

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961

1
STIPULATION TO CONTINUE INITIAL DISCLOSURES AND INITIAL CMC
ORDER THEREON (proposed)

1   pay overtime wages and for recovery of related penalties and fees.

2        3.      The parties through counsel have met and conferred regarding the preliminary

3   issues on this case, and agree that in order to meaningfully investigate and evaluate the merits and

4   defenses in this action it will be necessary to review Plaintiffs' payroll records, time cards,

5   personnel files and other employment records.

6        4.      However, Defendants do not currently have possession, custody or control of

7   Plaintiffs' payroll records, time cards, personnel files and other employment records, and are

8   therefore unable to make an initial disclosure thereof, because these documents have been seized

9   by the Santa Clara County District Attorney in connection with an on-going criminal

10  investigation.

11       5.      Both parties believe that the initial Case Management Conference is premature

12  because they will not be able to meaningfully investigate and evaluate the merits and defenses in

13  this action until they have had access to Plaintiffs' payroll records, time cards, personnel files and

14  other employment records which are currently in the possession of the District Attorney.

15       6.      The attorneys who represent the Posh Bakery, Inc. and Cheryl Lee separately with

16  regard to said criminal investigation, Michael Stepanian and John Williams, are currently

17  scheduled to meet with the District Attorney regarding the criminal investigation on September

18  24, 2010, at which time Mr. Stepanian will request that the District Attorney release or allow

19  access to said records for purposes of the instant litigation.  Mr. Stepanian advises, however, that

20  the decision whether to release or allow access to said documents remains with the District

21  Attorney.

22       7.      Therefore, the parties respectfully request that the Court extend the time for making

23  initial disclosures for 90 days and reschedule the initial Case Management Conference to a date

24  following the extended date for initial disclosures in order to allow time to obtain access to the

25  records from the District Attorney.

26  ///

27  ///

28  ///

**STIPULATION TO CONTINUE INITIAL DISCLOSURES AND INITIAL CMC**
**ORDER THEREON (proposed)**

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961

1    Dated:  September 14, 2010.       DAVENPORT GERSTNER & McCLURE

2                          /s/ Stephen Thomas Davenport, Jr.

3                   _____
                  Stephen Thomas Davenport, Jr.

4                   Attorneys for Defendants, The Posh Bakery, Inc.,
                  Jeffrey Ottoveggio, and Cheryl Lee

5

6    Dated: September 14, 2010         /s/ Adam Pedersen

7                   _____
                  ADAM PEDERSEN,

8                   Attorneys for Plaintiffs

9    Dated: September 14, 2010         /s/ Adam Wang

10                  _____
                 ADAM WANG,

11                  Attorneys for Plaintiffs

12

13         ************************************************************

14                  [PROPOSED] ORDER

15       GOOD CAUSE APPEARING, pursuant to the parties' stipulation, the Court orders as

16   follows:

17        1.       Initial disclosures shall be due on __December 16, 2010_____, 2010.

18        2.      The initial Case Management Conference shall be continued from September 21,

19   2010 to ___January 12, 2011_____, XXXXX t 2:00 p.m.

20

21    Dated: __September 16_____, 2010.    *Patricia V. Trumbull*
                                           United States Magistrate Judge

22

23

24

25

26

27

28

**Davenport
Gerstner & McClure**
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961

3
**STIPULATION TO CONTINUE INITIAL DISCLOSURES AND INITIAL CMC
ORDER THEREON (proposed)**