STEPHEN THOMAS DAVENPORT, JR. #88208
JEFFREY G. McCLURE  #152974
DAVENPORT GERSTNER & McCLURE
1990 N. California Blvd., Suite 650
Walnut Creek, California  94596
Telephone: (925) 279-3430  Fax:  (925) 932-1961

Attorneys for Defendants, The Posh Bakery, Inc., Jeffrey Ottoveggio, and Cheryl Lee

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO CAMPOS, ENEYDA MENDOZA, ELISABETH VASQUEZ, FRANCISCO HERNANDEZ, and RICARDO LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>POSH BAKERY HOLDING COMPANY, INC. dba POSH BAKERY, INC., JEFFREY OTTOVEGGIO, CHERYL LEE, and DOES 1 through 10,<br><br>Defendants. | No.  CV 10-02873 PVT<br><br>AMENDED<br>**STIPULATION TO CONTINUE INITIAL DISCLOSURES AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**ORDER THEREON (** XXXXXXXXXXXX |

Plaintiffs Jorge Alberto Campos, Eneyda Mendoza, Elisabeth Vasquez, Francisco Hernandez, and Ricardo Lopez, and Defendants The Posh Bakery, Inc., sued incorrectly herein as "Posh Bakery Holding Company, Inc.", Jeffrey Ottoveggio, and Cheryl Lee, by and through their respective attorneys of record, hereby submit the following Stipulation requesting that the dates for Initial Disclosures and the Initial Case Management Conference be continued, as follows:

1.  Initial disclosures in this action are due September 14, 2010 and the Initial Case Management Conference is scheduled for September 21, 2010 at 2:00 p.m. in Courtroom No. 5.

2.  This is a wage and hour action on behalf of Plaintiffs alleging a failure to properly

1
**STIPULATION TO CONTINUE INITIAL DISCLOSURES AND INITIAL CMC**
**ORDER THEREON (proposed)**

1  pay overtime wages and for recovery of related penalties and fees.

2      3.    The parties through counsel have met and conferred regarding the preliminary issues on this case, and agree that in order to meaningfully investigate and evaluate the merits and defenses in this action it will be necessary to review Plaintiffs' payroll records, time cards, personnel files and other employment records.

    4.    However, Defendants do not currently have possession, custody or control of Plaintiffs' payroll records, time cards, personnel files and other employment records, and are therefore unable to make an initial disclosure thereof, because these documents have been seized by the Santa Clara County District Attorney in connection with an on-going criminal investigation.

    5.    Both parties believe that the initial Case Management Conference is premature because they will not be able to meaningfully investigate and evaluate the merits and defenses in this action until they have had access to Plaintiffs' payroll records, time cards, personnel files and other employment records which are currently in the possession of the District Attorney.

    6.    The attorneys who represent the Posh Bakery, Inc. and Cheryl Lee separately with regard to said criminal investigation, Michael Stepanian and John Williams, are currently scheduled to meet with the District Attorney regarding the criminal investigation on September 24, 2010, at which time Mr. Stepanian will request that the District Attorney release or allow access to said records for purposes of the instant litigation. Mr. Stepanian advises, however, that the decision whether to release or allow access to said documents remains with the District Attorney.

    7.    Therefore, the parties respectfully request that the Court extend the time for making initial disclosures for 90 days and reschedule the initial Case Management Conference to a date following the extended date for initial disclosures in order to allow time to obtain access to the records from the District Attorney.

///

///

///

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961

2
**STIPULATION TO CONTINUE INITIAL DISCLOSURES AND INITIAL CMC
ORDER THEREON (proposed)**

1  Dated: September 14, 2010.                DAVENPORT GERSTNER & McCLURE

2                                                    /s/ Stephen Thomas Davenport, Jr.
   _____
3  Stephen Thomas Davenport, Jr.
4  Attorneys for Defendants, The Posh Bakery, Inc.,
   Jeffrey Ottoveggio, and Cheryl Lee
5

6  Dated: September 14, 2010                      /s/ Adam Pedersen
   _____
7  ADAM PEDERSEN,
   Attorneys for Plaintiffs
8

9  Dated: September 14, 2010                      /s/ Adam Wang
   _____
10 ADAM WANG,
   Attorneys for Plaintiffs
11

12

13 ****************************************************************

14                              [PROPOSED] ORDER

15     GOOD CAUSE APPEARING, pursuant to the parties' stipulation, the Court orders as

16 follows:

17     1.  Initial disclosures shall be due on __December 16, 2010_____, 2010.

18     2.  The initial Case Management Conference shall be continued from September 21,

19 2010 to __January 11, 2011_____ xxxxxx) at 2:00 p.m.

20

21 Dated: __September 16_____, 2010.        _Patricia V. Trumbull_____
                                             United States Magistrate Judge
22

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

3
**STIPULATION TO CONTINUE INITIAL DISCLOSURES AND INITIAL CMC
ORDER THEREON (proposed)**