UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JORGE ALBERTO CAMPOS, ET AL., )<br>)<br>                Plaintiffs, )<br>)<br>   v. )<br>)<br>)<br>POSH BAKERY HOLDING COMPANY, )<br>INC., ET AL., )<br>)<br>                Defendants. )<br>_____ ) | Case No.: C 10-02873 PSG<br><br>**ORDER TO SHOW CAUSE** |

     Plaintiffs Jorge Alberto Campos, Eneyda Mendoza, Elizabeth Vasquez, Francisco Hernandez and Ricardo Lopez failed to appear for a case management conference scheduled to be held on January 11, 2011 at 2PM. Defendants Posh Bakery Holding Company, Inc., Jeffrey Ottoveggio and Cheryl Lee did appear. Accordingly, Plaintiffs are ordered to show cause in writing no later than January 18, 2011 why the case should not be dismissed for failure to prosecute.

     IT IS SO ORDERED.

Dated:   January 12, 2011

*/s/ Paul S. Grewal*
_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*