UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO JORGE CAMPOS, ET AL., ) | Case No.: C 10-02873 PSG |
| ) | |
| Plaintiffs, ) | **ORDER DISSOLVING ORDER TO** |
| v. ) | **SHOW CAUSE** |
| ) | |
| POSH BAKERY HOLDING COMPANY, ) INC., ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On January 11, 2011, Plaintiffs failed to appear for a case management conference. As a result, the court issued an order to show cause why the case should not be dismissed for failure to prosecute. *See* Order to Show Cause dated January 12, 2011. ("January 12, 2011 Order to Show Cause") (Docket No. 21). On January 17, 2011, Plaintiffs filed their response. Plaintiffs' counsel, Adam Pedersen, represents that the amended date for case management conference to be held was not calendared by his office. The court accepts this representation. Accordingly, the January 12, 2011 Order to Show Cause is dissolved.

IT IS SO ORDERED.

Dated:   February 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*