1  STEPHEN THOMAS DAVENPORT, JR.  #88208
2  JEFFREY G. McCLURE  #152974
   DAVENPORT GERSTNER & McCLURE
3  1990 N. California Blvd., Suite 650
   Walnut Creek, California  94596
4  Telephone:  (925) 279-3430  Fax:  (925) 932-1961

5  Attorneys for Defendants, The Posh Bakery, Inc., Jeffrey Ottoveggio, and Cheryl Lee

6

7

8               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11  JORGE ALBERTO CAMPOS, ENEYDA          No.  CV 10-02873 PVT
    MENDOZA, ELISABETH VASQUEZ,
12  FRANCISCO HERNANDEZ, and
    RICARDO LOPEZ,
13
14       Plaintiffs,

15           vs.                         **STIPULATION TO EXTEND TIME**
                                         **TO COMPLETE MEDIATION**
16  POSH BAKERY HOLDING COMPANY,
    INC. dba POSH BAKERY, INC.,          **ORDER THEREON (** xxxxxxxxxxxx
17  JEFFREY OTTOVEGGIO, CHERYL
    LEE, and DOES 1 through 10,
18
19       Defendants.

20

21       Plaintiffs Jorge Alberto Campos, Eneyda Mendoza, Elisabeth Vasquez, Francisco

22  Hernandez, and Ricardo Lopez, and Defendants The Posh Bakery, Inc., sued incorrectly herein as

23  "Posh Bakery Holding Company, Inc.", Jeffrey Ottoveggio, and Cheryl Lee, by and through their

24  respective attorneys of record, hereby submit the following Stipulation requesting that the time to

25  complete mediation be extended, as follows:

26       1.     In its Case Management Conference Order, filed January 12, 2011 (Docket No. 22),

27  the Court ordered the parties to participate in mediation no later than April 7, 2011.

28       2.     The parties scheduled mediation with Court appointed mediator Alan Berkowitz for

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961

1
**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION**
**ORDER THEREON (proposed)**

1   April 7, 2011.  Unfortunately, it was not possible to complete the mediation because Defendants'

2   attorneys had not yet received the payroll records, time cards, personnel files and other

3   employment records which are necessary to investigate and evaluate the merits and defenses in this

4   action.

5          3.        This is a wage and hour action in which Plaintiffs allege a failure to properly pay

6   overtime wages and seek to recover the allegedly unpaid wages and related penalties and fees.

7   The parties agree that in order to meaningfully investigate and evaluate the merits and defenses in

8   this action it will be necessary to review Plaintiffs' payroll records, time cards, personnel files and

9   other employment records.  However, those records were seized by the Santa Clara County

10  District Attorney in connection with an on-going criminal investigation and are now in the

11  possession of the California Department of Insurance ("CDI").

12         4.        Defendants' attorneys made arrangements to inspect and copy the documents at the

13  CDI offices in Morgan Hill on March 23, 2011.  However, the CDI only allowed Defendants'

14  attorney to inspect 11 out of approximately 90 boxes of documents.  While some payroll records

15  for some of the Plaintiffs were included in the 11 boxes which were inspected, the records which

16  are crucial to evaluating this action were not, including Plaintiffs' time cards and pay stubs.

17         5.        Since Defendants' attorneys were unable to meaningfully evaluate the merits of and

18  defenses to this action prior to the mediation scheduled for April 7, 2011, the parties agreed that it

19  would not be productive to proceed with the mediation on that date.  Therefore, the scheduled

20  mediation was cancelled.

21         6.        On April 11, 2011, Defendants' attorneys learned that the criminal case has been

22  resolved and that as a result the District Attorney and CDI will return Defendants' records,

23  although the documents may not actually be returned to Defendants for between 4 to 8 weeks.

24         7.        Therefore, the parties respectfully request that the Court extend the time for

25  completing the mediation until July 15, 2011, in order to allow time for Defendants to regain

26  possession of their records from the District Attorney and CDI and to evaluate the merits of and

27  potential defenses to this action.

28  ///

**Davenport**
**Gerstner & McClure**
1990 N. California Blvd.
Suite 650
Walnut Creek, CA 94596
(925) 279-3430
Fax (925) 932-1961

2
STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION
ORDER THEREON (proposed)

1   Dated:  April 11, 2011.            DAVENPORT GERSTNER & McCLURE

2                                          /s/ Stephen Thomas Davenport, Jr.

3                                      _____
                                       Stephen Thomas Davenport, Jr.
4                                      Attorneys for Defendants, The Posh Bakery, Inc.,
                                       Jeffrey Ottoveggio, and Cheryl Lee
5

6   Dated:  April 27, 2011.            LAW OFFICES OF ADAM WANG

7                                          /s/ Adam Pedersen

8                                      _____
                                       ADAM PEDERSEN,
9                                      Attorneys for Plaintiffs, Jorge Alberto Campos, Eneyda
                                       Mendoza, Elisabeth Vasquez, Francisco Hernandez, and
10                                     Ricardo Lopez

11          ************************************************************

12                                          **ORDER**
                                           (proposed)
13

14          GOOD CAUSE APPEARING, pursuant to the parties' stipulation, the Court orders as

15   follows:

16          1.      The time to complete mediation shall be extended to July 15, 2011.

17

18   Dated:  April _28_, 2011.          _____
                                        United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

Davenport
Gerstner & McClure
1990 N. California Blvd.
Suite 650
Walnut Creek, CA  94596
(925) 279-3430
Fax (925) 932-1961