ADAM WANG (STATE BAR NUMBER 201233)
ADAM PEDERSEN (STATE BAR NUMBER 261901)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248
Attorney for Plaintiffs

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **CAMPOS, et. al.,**<br><br>　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>**POSH BAKERY HOLDING COMPANY, INC., et. al.,**<br><br>　　　　　Defendants | Case No.: 5:10-cv-02873-PSG<br><br>**STIPULATION TO MODIFY THE CURRENT CASE MANAGEMENT ORDER; and**<br><br>[XXXXXXXXX] **ORDER** |

　　　Parties, through counsel, hereby submit the following stipulation to modify the current case management scheduling order:

1. WHEREAS, at the time of the initial case management conference, Defendants in this remained subject to criminal investigation for alleged workers compensation insurance fraud;

2. WHEREAS, as a part of that investigation authorities had taken possession of the wage and hour records which go the the very heart of this matter;

3. WHEREAS, Defendants could not make an adequate response to the Plaintiff initial

discovery requests until these documents were released by authorities;

4. WHEREAS, when the Parties agreed to the current schedule adopted by the Court, parties were under the impression documents would be released months sooner than they were ultimately received;

5. WHEREAS, having now received the relevant documentation parties are prepared to move forward with any remaining discovery;

6. WHEREAS, parties have also engaged in the Court's mediation program and have, possibly, come very close to reaching an agreement as to the settle this case;

7. WHEREAS, parties have agreed to "hold open" their mediation for 30-days in order for Plaintiffs to review additional documentation regarding Defendants' ability to pay any settlement and/or judgment, the result of which may cause the matter to settle;

8. WHEREAS, the current schedule order did not anticipate these ADR efforts nor did it anticipate the extended delay in obtaining the relevant documents and as such does not allow enough time for parties to finish the current ADR process and at the same time conclude the necessary remaining discovery.

9. IT IS THEREFORE STIPULATED, that in order to accommodate the conclusion of the ADR process and to address the above scheduling concerns, parties respectfully request the Court adopt the below case management scheduling order:

   1. Close of Fact Discovery:         2/1/2012
   2. Disclosure of Expert Witnesses: 2/15/2012
   3. Expert Rebuttal:                 2/28/2011
   4. Completion of Expert depositions:    3/15/2012
   5. Dispositive Motions Heard By:  5/5/2012

|   |   |   |   |
|---|---|---|---|
| 6. | Pre-Trial Conference: | | 6/26/2012 |
| 7. | Trial: | | 5 Days, July of 2012, per the Courts Availability. |

Dated:  August 8, 2011

                By: /s/ Adam Pedersen
                    ADAM PEDERSEN
                    Attorney for Plaintiffs

Dated:  August 8, 2011

                By: /s/ Thomas Davenport
                    THOMAS DAVENPORT
                    Attorney for Defendants

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, pursuant to the parties' stipulation the Court hereby adopts the proposed case management order.

**IT IS SO ORDERED.**

Dated:  8/11 , 2011       By: *[signature]*
                    Paul S. Grewal
                    U.S. Magistrate Judge – ND California