1  ADAM WANG, Bar. No. 201233
   LAW OFFICES OF ADAM WANG
2  12 S. First Street, Suite 708
   San Jose, CA  95113
3  Telephone:   (408) 292-1040
   Facsimile:   (408) 416-0248
4  (adamqwang@gmail.com)

5  Attorneys for Plaintiffs

6  **UNITED STATES DISTRICT COURT**
7  **FOR NORTHERN DISTRICT OF CALIFORNIA**

8  CAMPOS, et. al.,                          Case No. 10-02873 PSG

9         Plaintiffs,
                                              STIPULATION FOR DISMISSAL & [PROPOSED]
10    vs.                                     ORDER THEREON

11 POSH BAKERY HOLDING COMPANY,
   INC., et. al.,
12
13        Defendants

18     Parties have fully settled this case. Parties hereby stipulate to dismiss this case in its entirety
19 with prejudice.  Each party to bear its own fees and costs.
20     Parties stipulate and request that this Court retain its jurisdiction for the purpose of enforcing
21 the settlement agreement.

22 Dated: April 20, 2012
23                                             By:   /s/ Adam Wang
                                                     ADAM WANG
24                                                   Law Office of Adam Wang
                                                     Attorney for Plaintiffs
25
26 Dated:  April 20, 2012                      DAVENPORT GERSTNER & McCLURE

27                                                   / s /

28                                             Stephen Thomas Davenport, Jr.
                                               Attorney for Defendants

STIPULATION FOR DISMISSAL                      CASE NO.  10-02873 PSG
Campos et al. v. Posh Bakery Inc., et al

# [PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice.  This court will retain jurisdiction for the purpose of enforcing the settlement agreement in this case.

IT IS SO ORDERED.

Dated:  April  24 , 2012                                    By:  _____
                                                                          Paul Singh Grewal
                                                                          United States Magistrate Judge

---

2

STIPULATION FOR DISMISSAL                              CASE NO.  10-02873 PSG
Campos et al. v. Posh Bakery Inc., et al