ADAM WANG, Bar. No. 201233
LAW OFFICES OF ADAM WANG
12 S. First Street, Suite 708
San Jose, CA  95113
Telephone:     (408) 292-1040
Facsimile:      (408) 416-0248
(adamqwang@gmail.com)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPOS, et. al., | Case No. 10-02873 PSG |
| Plaintiffs, | |
| vs. | STIPULATION FOR DISMISSAL & [~~PROPOSED~~] ORDER THEREON |
| POSH BAKERY HOLDING COMPANY, INC., et. al., | |
| Defendants | |

Parties have fully settled this case. Parties hereby stipulate to dismiss this case in its entirety with prejudice.  Each party to bear its own fees and costs.

Parties stipulate and request that this Court retain its jurisdiction for the purpose of enforcing the settlement agreement.

Dated: April 20, 2012

By:    /s/ Adam Wang
       ADAM WANG
       Law Office of Adam Wang
       Attorney for Plaintiffs

Dated:  April 20, 2012            DAVENPORT GERSTNER & McCLURE

                                  / s /
                                  _____
                                  Stephen Thomas Davenport, Jr.
                                  Attorney for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice.  This court will retain jurisdiction for the purpose of enforcing the settlement agreement in this case.

IT IS SO ORDERED.

Dated:  April 24, 2012                    By:  _____
                                                Paul Singh Grewal
                                                United States Magistrate Judge